**Marquis Aurbach Coffing**
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
ncrosby@maclaw.com
*Attorneys for Defendant, Las Vegas Metropolitan Police Department*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| BRIAN L. GORDON,<br><br>        Plaintiff,<br><br>vs.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT,<br><br>        Defendant. | Case No.: 2:18-cv-01701-JAD-NJK<br><br>ECF No. 24 |

### STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE

Defendant, the Las Vegas Metropolitan Police Department (the "Department" or "LVMPD"), by and through its counsel of record, Nick D. Crosby, Esq., of the law firm of Marquis Aurbach Coffing, and Brian L. Gordon, plaintiff in proper person, hereby stipulate and agree to the following:

1. Plaintiff's Amended Complaint in the above-referenced case, and all claims asserted therein, shall be dismissed with prejudice;

///
///
///
///
///
///

MAC:14687-162 3591073_1 12/14/2018 8:40 AM

2. Each party shall bear its own attorneys fees and costs.

Dated this 14 day of December, 2018

**BRIAN L. GORDON**

By: /s/ Brian L. Gordon
Brian L. Gordon
680 Italian Roast Ct.
Henderson, NV 89052
*Plaintiff Pro Per*

Dated this 14 day of December, 2018

**MARQUIS AURBACH COFFING**

By: /s/ Nick D. Crosby
Nick D. Crosby, Esq.
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 942-2158
*Attorneys for Defendant*

## ORDER

Based on the parties' stipulation **[ECF No. 24]** and good cause appearing, IT IS HEREBY ORDERED that THIS ACTION IS DISMISSED with prejudice, each side to bear its own fees and costs. The **Clerk of Court** is directed to **CLOSE THIS CASE**.

_____
U.S. District Judge Jennifer A. Dorsey
Dated: December 14, 2018

Submitted by:

MARQUIS AURBACH COFFING

By: /s/ Nick D. Crosby
Nick D. Crosby, Esq.
Nevada Bar No. 8996
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Defendant*

MAC:14687-162 3591073_1 12/14/2018 8:40 AM